Safety Tire Corporaton, Appellant, *v.* Hoffman Tire Company, Inc., et al.

Argued March 26, 1974. *Robert Land,* with him *Barbara L. Charles, Warren Soffian,* and *Shuman, Denker & Land,* and *Bogutz & Mazer,* for appellant; *Albert S. Fein,* with him *Hugh G. Grady,* and *Fein, Criden, Johanson, Dolan & Morrissey,* for appellee, Hoffman Tire Company, Inc.; *James J. McCabe,* with him *Duane, Morris & Heckscher,* for appellee, Lee Tire & Rubber Company.

Order affirmed.

Safety Tire Corporation of America, Appellant, *v.* Hoffman Tire Company, Inc., et al.

Argued March 26, 1974. *Robert Land,* with him *Barbara L. Charles, Warren Soffian,* and *Shuman, Denker & Land,* and *Bogutz & Mazer,* for appellant; *Albert S. Fein,* with him *Hugh G. Grady,* and *Fein, Criden, Johanson, Dolan & Morrissey,* for appellee, Hoffman Tire Company, Inc.; *James J. McCabe,* with him *Duane, Morris & Heckscher,* for appellee, Lee Tire & Rubber Company.

Order affirmed.